

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

DAS
F.# 2010R0100

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 10, 2012

**BY HAND & ECF**
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Joanna Fan and Ziming Shen
>      Criminal Docket No. 12-CR-68(DLI)

Dear Judge Irizarry:

        The government respectfully submits this letter as a
status update pursuant to the Court's June 14, 2012 order.  To
date, the defendants have not provided the government with
evidence or analysis sufficient to lower the government's loss
calculations pursuant to the Sentencing Guidelines.  The
government is prepared to proceed to sentencing as directed by
the Court.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                UNITED STATES ATTORNEY


                         By:    /s/Daniel Spector
                                Daniel A. Spector
                                Assistant U.S. Attorney
                                (718) 254-6345


cc: Robert Raddick, Esq. (by ECF)
    Barry Agulnick, Esq. (by ECF)
    Marten Adelman, Esq. (by ECF)